UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

---------------------------------------------------------- X

**IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

3:09-md-02100-DRH-PMF

MDL No. 2100

----------------------------------------------------------

*Zarlengo et al v. Bayer Healthcare Pharmaceuticals Inc. et al* No. 3:14-cv-10225-DRH-PMF[1]

Judge David R. Herndon

ORDER

## ORDER GRANTING LEAVE TO WITHDRAW

**HERNDON, District Judge:**

This matter is before the Court on movant, attorney Calvin Tregre, motions to withdraw as counsel of record for the above captioned plaintiffs (Pamela Singleton and Michelle Gomez). Also pending is a motion to dismiss without prejudice for failure to comply with CMO 12 as to both plaintiffs.

After considering the motions, the Court finds that the requirements of Local Rule 83.1 and of the applicable provisions of the Rules of Professional Conduct pertaining to withdrawal of counsel have been satisfied. The motions are therefore **GRANTED.**

---

[1] This Order applies only to plaintiffs Pamela Singleton and Michelle Gomez.

**FURTHER,** the Court **DIRECTS MOVANT to serve a copy of this order of withdrawal within 7 days** upon all counsel of record and upon unrepresented parties as required by Local Rule 83.1.

**FURTHER, the Court ORDERS as follows with respect to EACH plaintiff:**

1. **Supplementary Entry of Appearance:** Should plaintiff choose to continue pursuing this action, plaintiff or her new counsel **must file a supplementary entry of appearance within 21 days of the entry of this Order**. Failure to do so may result in dismissal for failure to prosecute.

2. **With regard to the pending motion to dismiss,** the Court will allow the plaintiff an extension to respond. **Plaintiff is ALLOWED until July 20, 2015 to respond to the pending motion to dismiss.** If plaintiff fails to respond her action will be subject to **dismissal without prejudice** in accord with CMO 12. Thereafter, if plaintiff fails to take the necessary action, the dismissal will be converted to a **dismissal with prejudice** in accord with CMO 12.

3. **Further, if after 21 days of the entry of this order, the plaintiff is otherwise not in compliance with the requirements any court rule or order (including applicable MDL case management orders), the plaintiff's action may be subject to dismissal, including dismissal WITH prejudice where appropriate.**

IT IS SO ORDERED.

Signed this 22nd day of June, 2015.

Digitally signed by David R. Herndon
Date: 2015.06.22 15:34:45 -05'00'

**United States District Court**